## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District of Columbia |
|---|---|
| Name (under which you were convicted): Candice Pollard | Docket or Case No.: 04-004 RWR |
| Place of Confinement: Federal Prison Camp Alderson | Prisoner No.: 27260-016 |
| UNITED STATES OF AMERICA  v. | Movant (include name under which convicted) Candice Pollard |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court - District of Columbia, 333 Constitution Avenue NW, Washington, D.C. 20001

   (b) Criminal docket or case number (if you know): 04-

2. (a) Date of the judgment of conviction (if you know): May

   (b) Date of sentencing: July 15, 2005

3. Length of sentence: 144 months (12 years) of imprisonment and 5 years of probation

4. Nature of crime (all counts): (1) 18 USC 924(c)(1)(A)(1) Using, Carrying and Possession of a firearm During a Drug Trafficking Offense; and (2) 22 DCC 2402(a)(1)(b)(221 ed.) Perjury

CASE NUMBER 1:06CV01079
JUDGE: Richard W. Roberts
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 06/14/2006

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? I pled guilty to the two (2) counts listed in Question Number 4.

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐ Judge only ☐
   No Trial.

RECEIVED
JUN 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT